IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN STOKES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-0542-CG-B |
| ) | |
| **HOLDEN & COMPANY, INC.,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** | |

**ORDER**

This matter is before the court on the motion of defendant, Pullen & Associates, Inc. ("P&A") to amend its answer (Doc. 75), the response thereto of defendant Holden & Company, Inc. ("Holden")(Doc. 81), and P&A's reply (Doc. 90).   The deadline for motions to amend was originally January 14, 2005, but was extended to January 30, 2005, upon motion by P&A.  Holden objects to P&A's amendment because it is more extensive than P&A's stated reason for extending the deadline. However, the order extending the deadline was not limited in any way to certain types of amendments. [1] Moreover, a new 16(b) scheduling order was entered in this case on May 17, 2005, and the deadline for amending pleadings and adding parties has been extended to August 31, 2005. (Doc. 103). Accordingly, the motion of P&A to amend its answer is **GRANTED**.

**DONE and ORDERED** this 8th day of June, 2005.

/s/  Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The order simply stated that "[i]f no opposition is filed, the deadline to amend pleadings and join parties will be extended to January 31, 2005." (Doc. 67).  No opposition was filed by the deadline.